UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  September 7, 2007

To: United States Court of Appeals            ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                               ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103               (X) JUDGE Richard Paez

From:  U.S. District Court
       101 12th Avenue
       Fairbanks, Alaska 99701


DC No:  4:04-cv-00004-RRB              Appeal No: 05-35849

Short title:  Alyeska Pipeline v Bultler

Composition of Record

Clerk's Files in     4     volumes    (X) original    ( ) certified copy

    Bulky Documents:  docket #   Docket 32 in expandable folder
                                  (folders)


Other:    As requested in attached request files sent to Judge Richard Paez


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: September 7, 2007

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                     ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103         (X) JUDGE Richard Paez

From: U.S. District Court
      101 12th Avenue
      Fairbanks, Alaska 99701


DC No: 4:04-cv-00004-RRB                    Appeal No: 05-35849

Short title: Alyeska Pipeline v Bultler

Composition of Record

Clerk's Files in    4    volumes   (X) original   ( ) certified copy

    Bulky Documents: docket #  Docket 32 in expandable folder
                              (folders)


Other:   As requested in attached request files sent to Judge Richard Paez


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]