UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHIRLEY A. BUTLER,<br><br>　　　Plaintiff - Appellant<br><br>v.<br><br>ALEYESKA PIPELINE SERVICE CO.; BP PIPELINE (ALAKA) INC.; EXXON MOBYL PIPELINE CO.; PHILLIPS TRANSPORTATION ALAKA INC. ]; UNOCAL PIPELINE COMPANY; WILLIAMS ALASKA PIPELINE CO. LIC,<br><br>　　　Defendants - Appellees<br><br>and<br><br>ARCO PIPELINE COMPANY; UNITED STATES OF AMERICA,<br><br>　　　Defendants | No. 05-35849<br>D.C. No. CV-04-00004-RRB<br><br>**MANDATE** |

RECEIVED
APR 0 1 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

　　The judgment of this Court, entered 1/11/08, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　Molly Dwyer
　　　　　　　　　　Acting Clerk of Court

By: Gabriela Van Allen
Deputy Clerk